UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MILLER,

        Plaintiff,

v.

Case No.    12-15441

HONORABLE AVERN COHN

ASSET ACCEPTANCE, LLC, et al.,

        Defendant.

_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on May 24, 2013 judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: May 24, 2013        By: s/Sakne Chami
                                 Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 24, 2013, by electronic and/or ordinary mail.

                                S/Sakne Chami
                                Case Manager, (313) 234-5160